JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S WEST STORES, INC.,<br><br>　　　　Defendants. | Case No.: 8:18-cv-02074-AG-KES<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Andrew J. Guilford presiding] |

**ORDER**
8:18-CV-02074-AG-KES

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: April 9, 2019

_____
Judge, United States District Court,
Central District of California